# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ANTHONY BRODZKI,**
        **Plaintiff,**

     v.                                                    Case No. 11-C-0675

**WALWORTH COUNTY,**
        **Defendant.**

---

## DECISION AND ORDER

Plaintiff Anthony Brodzki filed a complaint against Walworth County and asks for permission to proceed in forma pauperis. The complaint is incomprehensible, but it appears that plaintiff contends that the Chicago Police Department has threatened him with some form of device capable of causing sleep deprivation and blackouts. It is not clear how Walworth County fits into plaintiff's contentions.

As Magistrate Judge Goodstein of this court recently explained, it is well documented that Brodzki is a habitual filer of frivolous lawsuits. See Order of May 5, 2011 in Brodzki v. City of Chicago, No. 11-C-385 (E.D. Wis.). The present case is also frivolous, and for that reason plaintiff's motion to proceed in forma pauperis will be denied and his case will be dismissed. See 28 U.S.C. § 1915(e)(2)(B)(i).

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis is **DENIED** and this case is **DISMISSED**. The Clerk of Court shall enter final judgment.

Dated at Milwaukee, Wisconsin this 25th day of July, 2011.

/s_____
LYNN ADELMAN
District Judge