AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| ANTHONY BRODZKI,<br>      Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 11-C-0675 |
| WALWORTH COUNTY,<br>      Defendant |  |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice.

July 25, 2011  
Date

Jon W. Sanfilippo  
Clerk

/s D. Monroe  
(By) Deputy Clerk